UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HEISMAN TROPHY TRUST,

                    Plaintiff,

   -against-               08 Civ. 9153 (VM)

SMACK APPAREL CO.,                **ORDER**

                    Defendant.

SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 10-19-09

**VICTOR MARRERO, United States District Judge.**

    By Decision and Order dated July 17, 2009, the Court granted the motion of plaintiff The Heisman Trophy Trust ("The Heisman Trust") for partial summary judgment. The parties entered into a stipulation voluntarily dismissing the remaining claims on July 29, 2009, which the Court so ordered on July 30, 2009. By Decision and Order dated October 16, 2009, the Court awarded The Heisman Trust $498,254.70 in attorneys' fees. Accordingly, it is hereby

    **ORDERED** that the Clerk of the Court is directed to enter a judgment for plaintiff The Heisman Trophy Trust reflecting the Court's determinations in the Orders dated July 17, 2009, July 30, 2009, and October 16, 2009. The Clerk of the Court is directed to withdraw any pending motions and to close this case.

**SO ORDERED**

Dated:    New York, New York
            19 October 2009

                                        Victor Marrero
                                        U.S.D.J.